Senate Inc v. AT&T Resonate Incorporated v. Altair & Webb Systems v. Nortel The crux of the district court's error is that it imposed an additional narrowing construction based on the fact that the accused products use TCPIP protocol. The district court required this verbatim copy of the six parameters to perform transferring the connection for all devices that use TCPIP and that's exactly backwards. The claim must be construed without reference to the Yeah but at some point I mean the other side has responded that this the TCP discussion inserted itself understandably because the accused device used that and I'm not sure I can see in the court's decision how that aspect of the case infected the her opinion other than to be a matter that she by necessity had to refer to because it was in the accused device, right? The district court's opinion assumed not only TCPIP and of course the products do use TCPIP protocol but they assumed a traditional unmodified implementation of TCPIP transferring the connection. What they meaning you mean? I apologize that the accused device. Okay. The claimed the claim term at issue is transferring the connection and perhaps we've gotten into a little bit of confusion because we're construing a claim construction but the claim term at issue is transferring the connection and as we properly I believe understood the claim construction when the district court first issued it in 2001 we understood it to mean that information that uniquely identifies the original connection is sent along to the assigned server so that a logical circuit is formed between client and assigned server and that's what we see is performed when the client and assigned servers connections are spliced together in the terms of the LTON product. And so what's the what makes the difference here is the difference between all of the information versus some of the information is that really what's at the heart of it? Not quite I think that's close but not quite. The information must refer to the same connection that is as we point out in figure 17 of the patent itself certain of these parameters change in the embodiment of figure 17 which is conceded by LTON to perform claim 6. So it's not that the numbers have to be the same but the numbers have to refer to the same communication take the definition of logical circuit for example which I think is undisputed in this case it's a communication over a period of time using a collection of real circuits it has to be the same communication the client asks for something to the load balancer the load balancer doesn't respond itself in the invention the load balancer figures out what's needed and forwards that connection to the assigned server it doesn't need to use the same six parameters to forward that connection to transfer that connection to the assigned server but it needs to have that same connection be identified to the assigned server so that data can eventually make its way back. Well isn't that the $64,000 question as to whether or not it has to transfer at all or not I mean that's your view of it right? Our view is that the uniqueness of the connection must be identified to the assigned server and we believe that's done with pport and we believe that that's done due to the connection splicing technique we don't believe that it must be done only by virtue of copying the six parameters and that is essentially what the disreport held and that's where the error is in the implicit claim construction that was used. Stepping back from as you said construing the construction going right to the claim language is it correct then to say that looking at the language at issue when it goes on to say resource by storing packets received from the client when establishing the connection and by transmitting the packet is the issue then whether all of the packets have to be submitted or something less than all of them is that what's relevant here in the claim language to resolving this dispute? I believe that's close but once again I have a bit of a clarification that is packets literally themselves aren't stored and transmitted in the kind of license that is it is all just information there's nothing physical that can be stored information is collected so to speak and information is transmitted and the district court in the original decision at page a777 indicated the party's agreement that packets really mean information. Okay. So information that identifies the original connection must be stored and information that identifies that same connection must be forwarded to the assigned server it is the identical information we know that because figure 17 changes the information. What needs to be the same is the connection that is identified and I believe it is undisputed as the evidence shows in the blue brief that P port is a one-to-one correspondence that nobody disputes identifies that very same original connection. What is in dispute I guess is that P port is not in the exact same form of it's a different number undoubtedly there are six numbers that you start out with that identifies the original connection the six parameters and the load balancer transmits to the assigned server P port as well as some other information that was derived from the original connection. So your argument and correct me if this is a misstatement of it but if I understand essentially that even if the load balancer but the load balancer forwards is something which is has nothing in common with what the load balancer received except that it provides information for which the server can identify the client that that nonetheless constitutes transferring the packets. I think that would probably be correct that would probably be overstating my position my position is that it is not only that the assigned server needs to just know who to get the data back to the original request that is the process of the handshake needs to be identified. Well okay sure I mean the request you have to know the substance of the request okay but in terms of identifying setting aside for a moment the substance of the request was other than that all that you have to have if I understand your argument for purposes of establishing transfer of the connection is some information even if it's entirely different in the server to identify the client. Essentially that is some way that the assigned server can whether it is assisted or not some information that does in fact correspond to that original connection including who the client is. That's what I intended to say and I think this is analogous to for example and we've given plenty of analogies in the briefs but for example a social security number identifies a person just as the person's name address and birth date identifies the person. A social security number may not mean a lot to a lot of people but it is information that identifies the connection it is information to turn to the accused product that is used in the process of splicing the connection together between clients and assigned server and to essentially perform every other limitation that flows from this requirement of and it is not disputed that the accused products perform every other limitation. And so how then would you circumscribe the error that you believe has been made that we need to correct? I believe the error that has been made is that the exact literal information does not need to be copied over verbatim and that is essentially what's required. What needs to be the same unique connection and we've gone through in some detail in the blue brief how P-Port does that it is one-to-one it corresponds to information in a table that's held that has everything you'd ever want to know about the original connection. Nobody disputes that P-Port corresponds to the original connection and every possible amount of information you would want about the original connection on a one-to-one basis it directly corresponds and it's ultimately used to get information back to the client. Do you think do you interpret now focusing on the language that Judge Prost specifically called out the reference to the storing packets to be the same to have the same content as the later reference in that limitation to the packets? If you understand... Are you talking about the same packets? If you understand packets to be information then in some sense then yes but with the caveat that is the packets are representational information. The packets aren't the numbers. In that context a person of ordinary skill in the art would not understand the packets to mean storing six numbers and retransmitting six numbers and we know that because figure 17 does not do that. If I understand figure 17 it transmits additional, is that correct? Figure 17 changes the value in the destination IP address field which is one of the six parameters. The destination IP address field is changed from that of the load balancers to the server. That number is different. It goes from virtual? What does it do? It goes from virtual to the assigned servers. But the virtual is still also transmitted as part of the data field, correct? Judge Bryson was correct, was he not, that you're adding something more but you're not taking something away. You are changing it as well and the reason is because the virtual is put in the data field not to be used in the process of transferring the connection at all. The connection is transferred once the assigned server receives these packets and those packets are exchanged. The virtual IP address is in the data field but it is not used in the step of transferring the connection by storing packets. The virtual IP address is only used in a later step transmitting responsive data back to the client and that step this court has held can happen any way you want and does not even need to be done over the transferred connection. That is, to take perhaps a slightly silly example, the information of the virtual IP address is put in the data field. It's not used during transferring the connection. Is it transmitted or isn't it? It is transmitted as data in the data field but it is not used. The assigned server could then take that information put it on an envelope and mail it back to the client so to time that the assigned server would use that information the virtual IP address that's stored in the data field. Okay and what is it in the claim language that we've been looking at that says something of more than transmitted? I mean you keep saying it does transmit it but it doesn't use it. Yes, figure 17 shows that the one of the parameters the destination IP address is changed and the original value is put into the data packet into the data field. So the information that is used, the parameters that are used to transfer the connection change in figure 17. The original information is stored in the data field but it's clearly stored for other unrelated purposes to be to perform a later claim limitation. Okay let's save your better time. Let's hear from the other side. Mr. Perry. Thank you your honor. I may have pleased the court. I will apologize for the frog in my throat. Your honors the argument advanced in this court by Resnate cannot be reconciled with the plain language of the claims with the specification or with the district court's unchallenged claim construction. To go to question I'd like to start with the plain language of the claim itself. The claim recites transferring the connection not a connection but the connection. The district court made a finding on this that by referring to the connection in this specific it meant not a connection in the abstract but the same connection that was established between the client and the load balancer must be transferred to the server. But it goes on transferring the connection by packets received from the client and by transmitting the packets again the definite article identifying the same packets transferring over to the assigned server. The specification is very clear on how this works. This is something called TCP state migration. Claim 12 or column 12 of the patent plays this out in great detail. The load balancer saves all of the SIN and ACK packet information received from the client and then it transfers the connection by quote by the load balancer playing back the SIN packet. What line? I'm sorry your honor it's column 12 and I'm reading from line 47. Okay. By playing back the SIN packet received from the browser and stored by the load balancer. Contrast that with the Alteon switches your honor and the undisputed evidence in the record and this is page 1633 of the appendix Mr. Andres's declaration and quote the Alteon switches do not store the initial SIN packet sent by the client. It simply is not stored the precise information that the specification recites will be stored by the load balancer and then transferred over to the assigned server is not saved by the Alteon switches. These switches work in a fundamentally different manner. They open up a new connection. Mr. Chin referred to the spliced connection which our technical literature refers to and I note that this at the risk of oversimplification and in my case that's a big risk. Tell me if this is a fair statement of proof of what's going on here. The Alteon switch gets the information and then it creates a lookup table in which it effectively keeps all the information that it needs and sends forward only essentially a code for reconsulting the lookup table when it needs to retransmit. Is that correct? Almost sure. The initial connection is established between the client and the switch with the normal three-way handshake and a session table is created at the switch which contains all the information described in this package. And that's the p-plot? No, that session table contains the client's information at the switch. On the other side of the switch it then opens a new connection to the assigned server by sending out a new SIN packet with a new TCP IP header with all new information. In that header includes p-port which is a way for the server once the act comes back and the connection is established can splice these two connections together and that is what Alteon calls splicing the connection. And as our literature makes clear that's not a connection between the client and the server but rather, quote, two independent TCP connections span a web switch. One from the client to the web switch and the second from the web switch to the second server. This function is known as TCP connection splicing and that's at page 1681 of the appendix. That's the technical document that Resonate reproduces the figure four or five times in their briefs but they never quote the language under it that makes clear that there always is two separate connections. And there's a fundamental technological reason for this your honors. It's not a we're not quibbling over the headers. The art of TCP IP was well known at the time. Figures seven and eight in the patent itself describe the information that's contained in the packet headers and when the patent says storing the packets and transmitting the packets the final line of claim six says retransmitting the packets. In other words, transmitting the same packets, retransmitting the packets. It did not say transmitting some of the packets or some of the information contained in the packets but rather the packets themselves because remember this invention has two characteristics. One is the delayed binding that has to do here. The other is the bypass feature. The court held in the first appeal excuse me, the bypass is not required but bypass is certainly claimed as described in the specification and claim six the method is written to a device that is capable of bypassing. Bypassing the load balancer on the outbound connection is what I'm referring to. In order to bypass so that the server talks directly to the client the server has to have all of the information from the client connection to talk to the client. Now the court has ruled and we're not arguing that it doesn't have to do it that way. It can flow back through the load balancer but the patent claim has to be able to use bypass. Our devices cannot be bypassed. The Alteon switches must stay involved at all times in the connection because there are two connections. Correct and we're not only looking up the lookup table but the switch is actually performing checksum and other calculations to verify the accuracy of the data going back to solve for corruptions that may occur at the server. Because these are multiple server websites the switch is effectively acting as a control center, a quality control center for information going back to the client. So it's a very different technology than that claimed in the patent and it's not a matter as Resonate would have it of simply changing one number the other. It's a totally separate opening two connections rather than one connection. Before getting back to the claim language as opposed to the accused device, what is your response on figure 17? You initially they said it's a problem because the construction doesn't include the court embodiment. Your initial answer as I recall was no no no everything's transferred because it's transferred and their response to that then in the grade brief is it might be transferred in the field but it's not used in the connection. Well it could be used in the connection your honor and I think Mr. Chin just conceded that in his argument. If you look at figure 17 it goes from the TCP state to the IXP state but then when the connection at the server end is migrated up to the application layer that is the the thing that can talk to the client it migrates back to TCP. I mean that's described in the specification and it's shown graphically in figure 17. That's page 4519 of the appendix and it's on the right hand column the data transfer is going up the arrow that's shown there so IXP is s goes through the network and transport layers at the server and comes out as the virtual TCP address which is required for the bypass mode shown to go back to the client. If it didn't change it back to the virtual IP address it couldn't talk. Mr. Chin referred to addressing an envelope and mailing it. I think that's a rough analogy. If the server wants to talk to directly to the client it has to have all the information. The fact that the inventors say you can put it in the data field rather than in a header field is a is an acknowledgment that you have to put it somewhere so that the server gets all of the client information when the connection has been transferred over and that's you know to go back to the claimant that's in of a transfer. The patent doesn't recite opening a logical circuit it recites transferring the connection and the argument here has sort of come away from that. Mr. Chin during his argument argued on P-Port that it was sufficient to identify the connection and again this comes back to the same point. The claim never recites nor does the claim construction order identifying the connection. It recites transferring the connection and the mere fact that a connection every connection is unique in the world of the internet. Each connection literally is its own sui generis entity but merely being able to identify it doesn't come within the recited claim. It has to be transferred. The specification including figure 17 you're every one of the preferred embodiments every aspect of the description of the invention the abstract itself the summary the entire packet header all of the information received from the client is eventually communicated to the assigned server. There is not a single exception including figure 17 in this patent. That is powerful intrinsic evidence that when it says storing the packets and transmitting the packets it means storing all of the packets and transmitting all of the packets. There is also your honor some intrinsic evidence that the inventors knew well how to do otherwise because the the inventive method says that the information will be stored pending the receipt of a url request from the client and then the whole thing gets sent along to the assigned server because the url request contains the requested content. The patent at column 8 line 45 notes that the url contains about 50 to 150 bytes of information excluding ip addresses packet headers and other network overheads. The inventors were well aware of the distinction between the information contained in the packet itself and the network headers and where the that is the only place the packet headers and network overhead are ever called out for special attention. Everywhere else in the patent it refers only to the packets or the tcp ip packets meaning I believe there's no other reading to say the packets including the packet header information because had the inventors wished the invention to exclude or otherwise write out the header information they could easily have said though so certainly no mystery to that the header information may be changed the specification describes various preferred embodiments where the inventive method or apparatus is applied to a local area network or a wide area network and there are certain preferred embodiments in which the packet header information is changed during the hops and I'll grant them that but what what that argument leaves out is when the hops are done when the network circle is complete when it finally gets to the application layer of the assigned node all of the information is there at the end it's reserved somewhere either in the header or in the data field all the way along and that's true in every instance in the specification. The the point about the claim the claim language your honor and I can go into the construction if you will but I think it's really just a an elucidation of the construction is that this patent initially did claim transferring the connection and it stopped and the examiner rejected the patent as unpatentable over the prior art and the claimants added in additional limitations of storing the packets and transmitting the packets now faced with a device that concededly does not store the packets and does not transmit the they want to read out the limitations that they added to gain issuance of the patent I think this goes to the claim construction as much it does to the estoppel argument because it really is two independent limitations that are all but unmentioned in the blue brief and the gray brief and have been glossed over here we argue was there any further questions thank you Mr. Cheney perhaps I can briefly address the issue of the additional limitation of by trend by storing and transmitting packets first of all that's not an issue in this case in that district court did not base the judgment of non-infringement on that limitation we have asserted that that limitation is met literally because information and that's in a footnote on page 25 of the great the district court solely based its non-infringement finding on the phrase transferring the connection now but on that premise even if we agree with you transferring the connection that wouldn't end the case all other limitations were conceded to be met this was the only ground on which Alteon opposed resonates cross motion for summary judgment so I think it would end the case no other issue was raised the record is closed we were about to go to trial at this stage so if transferring the connection is performed the case should be over and to focus on the definite article v the connection Mr. Perry suggests that packets must literally be stored by assuming that a packet is some kind of tangible thing that is six numbers that cannot be the case because this patent tells us that tcp ip protocol does not even need to be used so you are not even necessarily faced with tcp parameters at all in the phrase transferring the connection and this court recognized that in the prior appeal what is in what is important is that the information that identifies the connection uniquely identify that connection and whether you send it in the form of p port or you send it in the form of the literal same six numbers doesn't matter and the patent clearly indicates that you can modify all manner of information in the tcp packet sent back and forth in these two stages a little unclear as to what exactly you mean by the term packet don't you give me a definition that's that's consistent with your understanding of the use of that kind of thing okay the term packet is merely a collection of information that can identify something there is reference to packets in the traditional sense of a sin packet for example but if you take a look at this is the point which it seems to me it gets a little slippery at least for me going from one definition to the other are you saying that packet a is fully equivalent to packet b as long as packet a and packet b both allow you to make a unique identification of in this case the client if they are are you saying a different definition of the packet a and packet b maybe may both give you the capacity to identify let's say the client but nonetheless they may not they still be different in that they contain different information i.e. different ways of identifying the client they both must contain information that identifies the same connection that is different representations it can be an English saying it's a not b right i'm saying that i think i mostly agree with a in that it has to contain information that identifies the same connection whether it's information in English or in Spanish or in regular numbers or in p port right it needs to contain information that identifies it's the same information in the sense that you can express a word in two different languages and that's the same information and in that sense too the packets must contain the same information if you take a figure 11a for example it shows sin packets and that's packets in a slightly more restricted form being sent to the load balancer but then the load balancer takes that information and sends a sin prime packet it is a collection of information that refers to the same connection i see that out of time thank you thank you thank you mr parrot case is taken in the submission